**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:14-cv-00703 |
| | : | |
| CARL GO, | : | Judge Sharon Johnson Coleman |
| | : | |
| Defendant | : | |

**PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT
AGAINST CARL GO  [CM/ECF 23]**

Plaintiff, Malibu Media, LLC ("Plaintiff), by and through undersigned counsel hereby moves for this Court to enter an Order vacating the Entry of Judgment made against Defendant, Carl Go, ("Defendant"), on February 6, 2015 [CM/ECF 23].

Defendant filed a Chapter 7 Bankruptcy on December 8, 2014 in the U. S. Bankruptcy Court for the Northern District of Illinois as Case No. 14-43814.

WHEREFORE, Plaintiff, Malibu Media, LLC, respectfully requests this Court enter an Order Vacating the Entry of Judgment against Defendant and for such other and further relief this Court deems just and proper.

Respectfully submitted,

By: /s/ Mary K. Schulz
 Mary K. Schulz, Esq.
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Tel.: 224-535-9510
Fax:  224-535-9501
Email: SchulzLaw@me.com
*Counsel for Plaintiff, Malibu Media, LLC*