## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

     Plaintiff,

v.          Case No.: 1:14–cv–00703

           Honorable Sharon Johnson Coleman

Carl Go, et al.

      Defendant.

---

### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 3, 2015:


  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to vacate Default Judgment [24] is entered and continued 3/6/2015 at 09:00 AM.Mailed notice(rth, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.